**01–2107. State v. Riemer.**
Cuyahoga App. No. 78952. Discretionary appeal allowed on Proposition of Law No. II.

MOYER, C.J., and COOK, J., concur.

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., concur but would also allow all other propositions of law.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

**01–2118. Kimble v. Kimble.**
Licking App. No. 01CA55.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–2134. Gorslene v. Huck.**
Licking App. No. 01CA40.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**01–2154. Rancman v. Interim Settlement Funding Corp.**
Summit App. No. 20523. On discretionary appeal. Appeal allowed.

F.E. SWEENEY and PFEIFER, JJ., dissent.

On motion for admission *pro hac vice* of Connie J. Elliano by Robert M. Stefancin and Rebecca A. Kucera, and on motion for admission *pro hac vice* of Andrew T. Savage by Robert M. Stefancin and Rebecca A. Kucera. Motions granted.

F.E. SWEENEY and PFEIFER, JJ., dissent.

On motion to strike memos of Future Settlement, *amici* memo of Lawfunds, LLC, et al., and amended memo of Interim Settlement. Motion denied.